UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-------------------------------------------------------x
In re:

Joseph T. Bambi and Deirdre E. Bambi,    Chapter 7
                 Case No. 11- 36861 (cgm)
        Debtor(s).
-------------------------------------------------------x

## **LOSS-MITIGATION REQUEST – BY THE DEBTORS**

  We are the Debtors in this case.  We hereby request loss mitigation with respect to our residence located at **34 Viola Court, Wappingers Falls NY  12590** which is encumbered by a <u>first mortgage lien</u> held by **Wells Fargo Home Mortgage**.

  The debtors hereby appoint the following their Loss-Mitigation Contact person:

      Mathew P. Wattoff, Esq.
      14 Main Street
      Hyde Park, NY  12538
      Tele: (845)337-7770
      Fax: (845)504-2473
      E-mail: matt@wattoff.com

SIGNATURE

We understand that if the Court orders loss mitigation in this case, we will be expected to comply with the Loss Mitigation Procedures.  We agree to comply with the Loss Mitigation Procedures, and will participate in the loss mitigation in good faith.  We understand that loss mitigation is voluntary for all parties, and that we are not required to enter into any agreement or settlement with any other party as part of this loss mitigation.  We also understand that no other party is required to enter into any agreement or settlement with us.  We understand that **we are not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed during the loss mitigation period.

| | |
|---|---|
| Dated:  Hyde Park, New York<br>     June 23, 2011 | /s/ Joseph T. Bambi<br>_____<br>Debtor<br><br>/s/ Deirdre E. Bambi<br>_____<br>Joint Debtor |

# CERTIFICATE OF SERVICE

    I, Mathew P Wattoff, hereby certify that a true and correct copy of the foregoing Notice of Loss-Mitigation Request has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before **July 12, 2011**:

Wells Fargo
420 Montgomery Street
San Francisco, CA 94104

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306-0335

Wells Fargo Home Mortgage
8480 Stagecoach Circle
Frederick, MD  21701

Steven J. Baum, PC
Ehret A. Van Horn, Esq.
220 Northpointe Parkway, Suite G
Amherst, NY 14228

                                           /s/  Mathew P Wattoff
                                           Mathew P Wattoff, Esq.