UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re:

                                                                         CASE NO.: 11-36861(cgm)

Joseph T. Bambi and Deirdre E. Bambi,             CHAPTER 7

                                          Debtor(s)
-----------------------------------------------------------------X

## ORDER DIRECTING SECURED CREDITOR
## TO PRODUCE DOCUMENTS

       1.       On July 12, 2011, the debtor(s), Joseph T. Bambi and Deirdre E. Bambi, moved this Court for an Order directing Wells Fargo Bank, NA ("Secured Creditor") to participate in good faith with the debtors in the Court's Loss Mitigation program pursuant General Order M362, said Order being entered by this Court on August 3, 2011.

       2.       On July 27, 2011, Secured Creditor filed with this Court its Loss Mitigation Affidavit requesting the debtors provide certain documents in furtherance of loss mitigation consideration, including but not limited to a signed copy of the debtors' most recent federal income tax returns, recent wage statements, completed Mortgagee's financial worksheet, recent 60 days bank statements, IRS form 4506T, completed Request for Modification Agreement and Affidavit (RMA), Dodd-Frank certification, hardship letter, and utility bill, said documents being provided by the debtors via upload to the DMM Portal and submitted to counsel for Secured Creditor on August 11, 2011.

       3.       Between August 24, 2011 and April 13, 2012, Secured Creditor, through its representative counsel, filed 6 status reports with this Court advising the Court of the ongoing negotiations between the debtors and Secured Creditor.

4. On March 19, 2012, debtors' counsel, a representative from Secured Creditor, and Secured Creditor's representative counsel participated in a telephone conference at which time Secured Creditor advised debtor's counsel that "this investor does not allow the following in regard to loan modification: HAMP or other governmental programs; reductions in principal balance (principal forgiveness); capitalization of arrears; modification of interest rate; and extension of maturity date", at which time debtor's counsel requested Secured Creditor produce a copy of said investor guidelines.  See status letter filed with this Court on April 13, 2012.

5. At the status conference held before this Court on April 18, 2012, the Court requested debtor's counsel submit an Order directing Secured Creditor to produce a copy of the investor guidelines set forth above.

NOW THEREFORE, it is hereby

ORDERED, that Secured Creditor shall provide debtor's counsel with a full and complete copy of the investor guidelines relevant to the debtors' mortgage and note held thereunder within 10 days of the entry of this Order.

Dated:     Poughkeepsie, NY
           April 25 , 2012

/s/ Cecelia G. Morris
Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge