```
                    UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF NEW YORK

---------------------------------|
In Re:                           |
                                 |         Case No. 11-36861
    JOSEPH and DEIRDRE BAMBI,    |         Chapter 7
                                 |         Poughkeepsie, NY
                                 |         May 16, 2012
                  Debtor.        |
---------------------------------|
```

### HEARING
STATUS CONFERENCE
LOSS MITIGATION REQUEST PURSUANT TO GENERAL ORDER M362
FILED BY MATHEW PAUL WATTOFF ON BEHALF OF JOSEPH T. BAMBI
BEFORE HON. CECELIA G. MORRIS
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

    FOR TRUSTEE:      (*No appearance*)


    FOR DEBTORS:      MATHEW PAUL WATTOFF, ESQ.
                          14 Main Street
                          Hyde Park, New York 12538


    FOR CREDITOR:     RAQUEL FELIX, ESQ.
                          (*Attorneys for Wells Fargo Bank, NA*)
                          Druckman Law Group, PLLC
                          242 Drexel Avenue – Suite 2
                          Westbury, New York 11590
                            BY: LORI GILMORE MORRIS, ESQ.
                                of Counsel.


*Proceedings electronically recorded.*
*Transcript produced by:*

*American Legal Transcription*
*11 Market Street - Suite 215 - Poughkeepsie, NY 12601*
*Tel. (845) 452-3090 - Fax: (845) 452-6099*
amlegaltrans@aol.com

1
2              THE COURT:  11-36861, Joseph and Deirdre Bambi.
3              MS. GILMORE MORRIS:  Lori J. Gilmore Morris,
4    appearing of counsel to Raquel Felix, on behalf of Wells
5    Fargo Bank.
6              MR. WATTOFF:  Mat Wattoff, representing the
7    debtors.
8              Your Honor, this case has been pending for a
9    while.  It was commenced back in July of last year.  The
10   last status conference the court issued a new order
11   requiring that the bank provide investor guidelines.  In
12   response to that I think that the lender also filed it with
13   the court, here's what I received.  A Hudson City Savings
14   -- Hudson City Savings Bank.  I don't really know who Hudson
15   City Savings Bank is, as the assignment on the note goes
16   from Wachovia to Union Federal Savings and Loan Association.
17             THE COURT:  I don't either.
18             MR. WATTOFF:  Furthermore, this  isn't investor
19   guidelines.
20             THE COURT:  It is an investor guidelines and I
21   don't know who they are.
22             Ms. Gilmore Morris, who's your client?
23             MS. GILMORE MORRIS:  Your Honor, the client is
24   Wells Fargo Bank, the underlying investor we're showing now

```
 1    is Hudson City Savings.  It was previously transferred to
 2    another lender and Mr. Wattoff is even questioning the
 3    legitimacy of that transfer since it happened after the
 4    filing.
 5              THE COURT:  It's called an adversary proceeding.
 6    I don't know.  File it.
 7              MR. WATTOFF:  (Indiscernible) just to explain?
 8    What I'd like to be able to find out is who the investor is,
 9    what they -- who the investor -- what the investor
10    guidelines are.
11              THE COURT:  I think you're going to have to go
12    through discovery to get that.  I mean I can give you a
13    conference call, but I have a feeling you're going to have
14    to go through discovery.
15              MR. WATTOFF:  Okay.
16              THE COURT:  I'm not going -- what do you want me
17    to do?
18              MR. WATTOFF:  Let's adjourn this and I'll have to
19    investigate.
20              MS. GILMORE MORRIS:  I would suggest an August
21    date, Your Honor, since it will go to the adversary
22    proceeding.
23              THE COURT:  Well, I either want you to get it done
24    or not, so I don't want to go out that far.
25              MS. GILMORE MORRIS:  Okay.
```

```
 1              THE COURT:  You've got to make a decision about
 2    what you're going to do.  6/5.
 3              MR. WATTOFF:  Thank you.
 4
 5
 6
 7
 8                      (Proceeding adjourned)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25                             * * *
```

11-36861-cgm    Doc 40    Filed 10/01/12    Entered 10/10/12 14:13:36    Main Document
Pg 5 of 5... 

*PROCEEDINGS* 5

1
2
3    CERTIFICATION
4
5
6    I, DEBRA S. NIEVES, certify that the foregoing
7    transcript is a true and accurate record of the
8    proceeding.
9
10
11
12   *[signature: Debra S. Nieves]*
13
14   Debra S. Nieves
15   AMERICAN LEGAL TRANSCRIPTION
16   11 Market Street, Suite 215
17   Poughkeepsie, New York 12601
18   Date:  May 23, 2012
19
20
21
22
23
24
25                     -o0o-