```
                    UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF NEW YORK

---------------------------------|
In Re:                           |
                                 |           Case No. 11-36861
     JOSEPH and DEIRDRE BAMBI,   |           Chapter 7
                                 |           Poughkeepsie, NY
                                 |           April 18, 2012
                    Debtor.      |
---------------------------------|
```

<u>HEARING</u>
STATUS CONFERENCE
LOSS MITIGATION REQUEST PURSUANT TO GENERAL ORDER M362
FILED BY MATHEW PAUL WATTOFF ON BEHALF OF JOSEPH T. BAMBI
BEFORE HON. CECELIA G. MORRIS
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

    FOR TRUSTEE:    (*No appearance*)

    FOR DEBTORS:    MATHEW PAUL WATTOFF, ESQ.
                           14 Main Street
                           Hyde Park, New York 12538

    FOR CREDITOR:   KIYAM J. POULSON, ESQ.
                           (*Attorneys for Wells Fargo Bank, NA*)
                           Druckman Law Group, PLLC
                           242 Drexel Avenue – Suite 2
                           Westbury, New York 11590
                             BY: LORI GILMORE MORRIS, ESQ.
                                 of Counsel.

*Proceedings electronically recorded.*
*Transcript produced by:*

*American Legal Transcription*
*11 Market Street - Suite 215 - Poughkeepsie, NY 12601*

*Tel. (845) 452-3090 - Fax: (845) 452-6099*
*amlegaltrans@aol.com*

1
2         THE COURT:  11-36861, Joseph and Deirdre Bambi.
3         MR. WATTOFF:  Mat Wattoff, appearing for the
4    debtors.
5         MS. GILMORE MORRIS:  Lori J. Gilmore Morris,
6    appearing of counsel to Kiyam Poulson, on behalf of Wells
7    Fargo Bank.
8         MR. WATTOFF:  Your Honor, this case is troubling,
9    at least, to me.  We've been dealing with modification for
10   about a year now.  Creditors filed periodic status reports
11   and reviewing documents, asked for additional documents and
12   so forth.  Two weeks ago I had a phone conference with a
13   representative from the bank and found out that the lender
14   doesn't provide any loan modifications.  So we've been
15   dealing with this for a year now.
16        THE COURT:  Bring them in.
17        MR. WATTOFF:  But what I want to suggest Your
18   Honor is to get a copy of the investor guidelines for then
19   to prove that they don't have it.  And if I need an order,
20   possible, can I submit an order?
21        THE COURT:  Yeah.
22        MS. GILMORE MORRIS:  I would request an order,
23   Your Honor.  Because I know we've already made the

```
 1    request --
 2              THE COURT:  Put an order in.
 3              MS. GILMORE MORRIS:  Thank you.
 4              MR. WATTOFF:  So maybe we can adjourn this to 5/16
 5    and if we don't have any solution by then we can take the
 6    next step.
 7              THE COURT:  Yes.  So when do you want to come
 8    back?
 9              MR. WATTOFF:  5/16.  That will give them time to
10    get me the investor guidelines and --
11              THE COURT:  Yes.  And find out what's going on.
12              MS. GILMORE MORRIS:  They'll submit the order?
13              THE COURT:  Yes.  Submit the order.
14              MR. WATTOFF:  Yes.
15              MS. GILMORE MORRIS:  That's fine.  Thank you.
16    (Indiscernible).
17              MR. WATTOFF:  Thank you.
18
19                       (Proceeding adjourned)
20
21
22
23
24
25
```

```
 1                           * * *
 2
 3
 4
 5            CERTIFICATION
 6
 7
 8       I, DEBRA S. NIEVES, certify that the foregoing
 9            transcript is a true and accurate record of the
10   proceeding                    .
11            [signature: Debra S. Nieves]
12
13
14
15
16       Debra S. Nieves
17       AMERICAN LEGAL TRANSCRIPTION
18       11 Market Street, Suite 215
19       Poughkeepsie, New York 12601
20       Date:  May 23, 2012
21
22
23
24
25
```

1                                    -o0o-

1